THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ANGELO GIORDANO, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

. (Argued, June 7, 1921; decided July 14, 1921.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered May 10, 1918, upon a verdict convicting the defendant of the crime of murder in the first degree, bringing up for review two orders of said court dated respectively May 9, 1919, and December 3, 1919, denying motions for a new trial on the ground of newly-discovered evidence; also appeal from an order of said court, entered January 3, 1921, denying a motion for leave to inspect the minutes of the grand jury.

*Martin W. Littleton, Owen N. Brown* and *Cæsar B. F. Barra* for appellant.

*Edward Swann, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed. Orders denying motions for new trial each affirmed. Appeal from order denying motion to inspect minutes dismissed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ. Deceased: CHASE, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* HARRY R. VAN REED, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 8, 1921; decided July 14, 1921.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered December 7, 1920, upon a verdict convicting the defendant of the crime of murder in the first degree.

*William W. Pellet* and *James D. C. Murray* for appellant.

*Edward Swann, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGH-LIN, CRANE and ANDREWS, JJ.   Deceased: CHASE, J.